# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
### CIVIL CASE NO. 1:16-cv-00218-MR-DLH

| | |
|---|---|
| PLASTICARD LOCKTECH INTERNATIONAL, LLP, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| COGISTIX, LLC, | ) ) |
| Defendant. | ) ) |
| _____ | ) |

**THIS MATTER** is before the Court *sua sponte*.

On September 23, 2016, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before May 15, 2017. [Doc. 10]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**      Signed: June 7, 2017

Martin Reidinger
United States District Judge