```
THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00218-MR-DLH
```

| | |
|---|---|
| PLASTICARD LOCKTECH )<br>INTERNATIONAL, LLP, )<br>)<br>       Plaintiff, )<br>)<br>vs. )<br>)<br>COGISTIX, LLC, )<br>)<br>       Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On June 7, 2017, the Court entered an Order noting that the deadline for conducting mediation had passed and directing the parties to file a report regarding the outcome of their mediation. [Doc. 14]. On June 15, 2017, the Plaintiff filed a status report, advising that mediation has not yet taken place because the parties were still engaged in discovery. [Doc. 15]. On June 22, 2017, the Court entered an Order directing the parties to show cause why they should not be sanctioned for failing to comply with the Court's Pretrial Order and Case Management Plan. [Doc. 16]. The parties duly filed their respective responses on June 30, 2017. [Docs. 17, 18].

On July 31, 2017, the mediator filed a report advising that the case was completely settled. [Doc. 21]. The parties were advised to file a stipulation of dismissal on or before August 28, 2017. [Docket Text Entry dated July 28, 2017]. When no stipulation of dismissal was filed, the Court issued a second show cause order. [Doc. 22]. Thereafter, on September 25, 2017, the Plaintiff filed a stipulation of dismissal. [Doc. 24].

Upon review of the parties' responses to the Show Cause Order, and in light of the dismissal of this action, the Court declines in the exercise of its discretion to impose sanctions upon the parties for their failure to comply with Pretrial Order and Case Management Plan and to file a timely stipulation of dismissal. Counsel for both parties shall be expected, however, in any future cases before this Court to comply strictly with all pretrial deadlines set forth in the Case Management Order.

**IT IS, THEREFORE, ORDERED** that the Court's Show Cause Orders [Docs. 16, 22] are hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: September 29, 2017

Martin Reidinger
United States District Judge